IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS



FILED
AT WICHITA, KS
MAR 18 2010
CLERK
U.S. Court of Bankruptcy
By _____ Deputy

In re: PAUL CHRISTOPER EMMEL ) Case no. 09-10037
CHRISTINA MARIE EMMEL ) Chapter 13
)

TRUSTEE'S REPORT TO COURT
OF OUTSTANDING FUNDS

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, and reports to the Court that she issued funds in the captioned case for the creditor(s) or debtor(s) listed below, which have either been returned due to an insufficient address, or the check(s) have never been presented to her bank for payment, and more than 60 days have passed since the funds were issued.

| Claim No | Creditor/ Debtor | Amount |
| --- | --- | --- |
| 022 | HSBC MORTGAGE SERVICES | 2,012.96 |

The case has been dismissed, therefore the Trustee is turning the funds over to the Clerk of the Bankruptcy Court to be held in the Court Registry. Attached hereto is Trustee check no. 378121, in the amount of $2,012.96, payable to the Clerk of the Bankruptcy Court.

LAURIE B. WILLIAMS, S.CT. 12868
Standing Chapter 13 Trustee
225 N Market Suite 310
Wichita KS 67202
(316) 267-1791

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Trustee's Report To Court Of Undeliverable Funds was deposited in the United States mail, postage prepaid, on 3/17/2010, properly addressed to each of the following:

STEVEN L SPETH
ATTORNEY FOR DEBTOR(S)
300 W DOUGLAS #230
WICHITA KS 67202

Rene Hendricks, Office Administrator

```
UNITED STATES
BANKRUPTCY CT-KANSAS

        Wichita Division

 # 00127467 - HO
  March 18, 2010   0

 Code    Case #    Qty     Amount

 UNCLAIM  09-10037          2,012.96 CH
   Debtor - EMMEL


 TOTAL®     2,012.96


 FROM: LAURIE B. WILLIAMS
       225 N MARKET STE 310
       WICHITA KS67202
```